STATE OF NEW JERSEY v. TYRONE BAILEY.

December 19, 1984.

Petition for certification denied.

ESTATE OF ROBERT L. DE FILIPO (DECEASED) AND PATRICIA DE FILIPO v. NATIONWIDE INSURANCE COMPANY.

December 19, 1984.

Petition for certification denied.

MICHAEL J. MATTHEWS v. CITY OF ATLANTIC CITY.

December 19, 1984.

Petition for certification denied.  (See 196 *N.J.Super.* 338)

ROBERT SCHAFFER v. ADA SCHWARTZ.

December 19, 1984.

Petition for certification denied.